**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVERYWARE GLOBAL, INC., *et al.*,[1] | ) | Case No. 15-_____ (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**CONSOLIDATED LIST OF CREDITORS
HOLDING THE 30 LARGEST UNSECURED CLAIMS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately April 3, 2015. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Anchor Hocking, LLC (6923); Buffalo China, Inc. (9731); Delco International, Ltd. (7553); EveryWare, LLC (2699); EveryWare Global, Inc. (4553); Kenwood Silver Company, Inc. (2286); Oneida Food Service, Inc. (7321); Oneida International Inc. (4774); Oneida Ltd. (5700); Oneida Silversmiths Inc. (6454); Sakura, Inc. (9359); THC Systems, Inc. (9103); Universal Tabletop, Inc. (4265). The location of the Debtors' service address is: 519 North Pierce Avenue, Lancaster, Ohio 43130.

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | Lewisburg Container Company Inc.<br>Attn: James McKinney<br>CEO<br>275 W. Clay St.<br>Lewisburg, OH  45338<br>United States<br><br>Phone: 937-962-2681<br>Fax: 937-962-4504<br>Email: jmckinney@lewisburgcontainer.com | Trade Debt | | $2,644,909 |
| 2. | Tablewerks Inc.<br>Attn:  Richard F. Erwin<br>President<br>20 Audrey Ave., #3<br>Oyster Bay, NY  11771<br>United States<br><br>Phone: 516-922-1227<br>Fax:  516-922-2904<br>Email:  info@tablewerks.com | Trade Debt | | $1,069,874 |
| 3. | United Parcel Service<br>Attn:  David P. Abney<br>CEO<br>55 Glenlake Parkway NE<br>Atlanta, GA  30328<br>United States<br><br>Phone:  800-742-5877<br>Fax:  509-534-8510<br>Email:  dabney@ups.com | Trade Debt | | $988,757 |
| 4. | PT Daelim Indonesia<br>Attn:  President<br>Cikarang Industrial Estate<br>JL. Jababeka Raya Blk. E/6-8<br>Bekasi,  17530<br>Indonesia<br><br>Phone:  (62-21) 8934518<br>Fax:  (62-21) 8934015<br>Email:  import.daelim@daelim.co.id | Trade Debt | | $784,966 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 5. | Hong IK Vina Co. Ltd.<br>Attn: Mr. Sohn Su Young<br>General Director<br>Tan Thuan E.P.Z., St. No. 18<br>Tan Thuan Dong Ward, Dist. 7<br>Ho Chi Minh City, HK<br>China<br><br>Phone: (848) 37700185<br>Fax: (848) 37700192<br>Email: hongikvina@hcm.fpt.vn | Trade Debt | | $698,183 |
| 6. | U.S. Corrugated Inc.<br>Attn: Dennis Dorian Mehiel<br>President & CEO<br>3832 North 3rd Street<br>Suite 300<br>Milwaukee, WI  53212<br>United States<br><br>Phone: 414-264-8100<br>Fax: 414-264-8111<br>Email: don@longviewfibre.com | Trade Debt | | $689,856 |
| 7. | AEP Energy<br>Attn: Nicholas K. Akins<br>President & CEO<br>155 W Nationwide Blvd.<br>Suite 500<br>Columbus, OH  43215<br>United States<br><br>Phone: 312-327-0090<br>Fax: 866-996-3782<br>Email: nakins@aep.com | Trade Debt | | $657,499 |
| 8. | OCI Wyoming LP<br>Attn: Kirk Milling<br>President & CEO<br>254 Co. Rd. 4<br>Green River, WY  82935<br>United States<br><br>Phone: 307-875-2600<br>Fax: 307-872-7172<br>Email: investorrelations@ocienterprises.com | Trade Debt | | $656,022 |

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 9. | TimBar<br>Attn: Matt Heleva<br>President & CEO<br>15-01 Pollitt Dr., #9<br>Fair Lawn, NJ  07410<br>United States<br><br>Phone: 201-703-1500<br>Fax: 201-703-5559<br>Email: matt@timbar.com | Trade Debt | | $549,473 |
| 10. | World Kitchen LLC<br>Attn: Carl Warschausky<br>President & CEO<br>5500 North Pearl Street<br>Rosemont, IL  60018<br>United States<br><br>Phone: 800-999-3436<br>Fax: 847-233-8913<br>Email: webmaster@worldkitchen.com<br>PaskinDC@worldkitchen.com | Trade Debt | | $428,500 |
| 11. | CH Robinson Worldwide Inc.<br>Attn: John Wiehoff<br>CEO<br>14701 Charlson Road<br>Eden Prairie, MN  55347-5076<br>United States<br><br>Phone: 952-937-8500<br>Fax: 952-937-6714<br>Email: john.wiehoff@chrobinson.com | Trade Debt | | $422,529 |
| 12. | Shuangyu (Tianjin) Intl. Trade<br>Attn: Tang Ning<br>Manager<br>B-1402, United Building, No. 51<br>North Friendship Road<br>Hexi District, Tianjin,  300204<br>China<br><br>Phone: 022-83281226<br>Fax: 022-83281229<br>Email: tningi@public.tpt.tj.cn | Trade Debt | | $363,622 |

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 13. | Robinson Home Products Inc.<br>Attn: Robert Skerker<br>CEO<br>170 Lawrence Bell Dr.<br>Suite 110<br>Williamsville, NY  14211<br>United States<br><br>Phone:  716-206-1100<br>Fax:  716-685-4916<br>Email:  rskerker@robinsonus.com | Trade Debt | | $347,995 |
| 14. | Fifth Third Bank<br>Attn: Kevin T. Kabat<br>CEO<br>Fifth Third Center<br>38 Fountain Square Plaza<br>Cincinnati, OH  45263<br>United States<br><br>Phone:  513-579-5203<br>Fax:  513-579-4312<br>Email:  steve.king@53.com | Trade Debt | | $346,693 |
| 15. | Curless Printing Co.<br>Attn: Parker Beebe<br>Manager<br>202 E. Main St.<br>Blanchester, OH  45107<br>United States<br><br>Phone:  937-783-2403<br>Fax:  937-783-4690<br>Email:  mhoman@curlessprinting.com | Trade Debt | | $280,789 |
| 16. | Airgas USA LLC<br>Attn: Michael L. Molinini<br>President & CEO<br>259 N. Radnor-Chester Road<br>Radnor, PA  19087-5283<br>United States<br><br>Phone:  800-255-2165<br>Fax:  610-225-3271<br>Email:  investors@airgas.com | Trade Debt | | $270,964 |

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 17. | xpedx<br>Attn: James A. Connelly<br>COO<br>6285 Tri-Ridge Blvd.<br>Loveland, OH  45140<br>United States<br><br>Phone:  513-965-2900<br>Fax:  513-965-2849<br>Email:  james.connelly@xpedx.com | Trade Debt | | $266,514 |
| 18. | Ruitai Materials Technology Co. Ltd.<br>Attn:  Dafan Ceng<br>Chairman of the Board<br>Bldg. 27, Compound 1<br>Wuliqiao 1st Street<br>Chaoyang District<br>Beijing, P.R., China 100024<br><br>Phone:  86-10-57987982<br>Fax:  86-10-57987808<br>Email:  zhah@bjruitai.com | Trade Debt | | $265,125 |
| 19. | Caplugs<br>Attn:  Greg Tucholski<br>President & CEO<br>2150 Elmwood Avenue<br>Buffalo, NY  14207<br>United States<br><br>Phone:  716-876-9855<br>Fax:  716-874-1680<br>Email:  sales@caplugs.com | Trade Debt | | $262,772 |
| 20. | Metra Verre<br>Attn:  Patrick Threnli<br>Managing Director<br>BP 2 - Route D'eu<br>Blangy Sur Bresle,  76340<br>France<br><br>Phone:  33-232-974-400<br>Fax:  33-232-974-449<br>Email:  commercial@metra.fr | Trade Debt | | $261,532 |

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 21. | Stolzle Lausitz GmbH<br>Attn: Johann Nagl<br>CEO<br>Berliner Strabe 22-32<br>Weisswasser, D-02943<br>Germany<br><br>Phone: 49 (0) 3576 268-0<br>Fax: 49 (0) 3576 268-249<br>Email: office@stoelzle-lausitz.de | Trade Debt | | $256,191 |
| 22. | Chaozhou Juqiang Ceramics Co.<br>Attn: Qiu Peichu<br>General Manager<br>No. 3, Changfeng Rd.<br>Changmei, Fengxi Dist., Xiangqiao<br>Chaozhou<br>Guangdong, China 521031<br><br>Phone: 86-768-2991802<br>Fax: 86-768-2991182<br>Email: webmaster@juqiangceramics.com | Trade Debt | | $254,171 |
| 23. | CSX Transportation<br>Attn: Michael J. Ward<br>CEO<br>500 Water Street, 15th Floor<br>Jacksonville, FL  32202<br>United States<br><br>Phone: 904-359-3200<br>Fax: 904-359-2459<br>Email: Susan_Hamilton@csx.com | Trade Debt | | $252,780 |
| 24. | FMC Wyoming Corp.<br>Attn: Pierre Brondeau<br>President, CEO, and Chairman of the Board<br>1735 Market Street<br>Philadelphia, PA  19103<br>United States<br><br>Phone: 215-299-6000<br>Fax: 215-299-5998<br>Email: pierre.brondeau@fmc.com | Trade Debt | | $211,301 |

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 25. | Coburn Inc. Attn: Chuck Zimmerman CEO 636 Ashland Cty. Rd. 30A Hayesville, OH 44838 United States  Phone: 800-662-2869 Fax: 419-368-4812 Email: sales@coburn-inc.com | Trade Debt | | $203,202 |
| 26. | Centimark Corporation Attn: Edward B. Dunlap Founder, Chairman, & CEO 12 Grandview Circle Canonsburg, PA 15317 United States  Phone: 724-743-7777 Fax: 724-743-7770 Email: edward.dunlap@centimark.com | Trade Debt | | $177,077 |
| 27. | Wedron Silica Company Attn: Mr. Charles D. Fowler President 3450 E 2056th Rd. Wedron, IL 60557 United States  Phone: 269-465-5833 Fax: 269-465-6075 Email: sharon.vanzeeland@fairmountsantrol.com | Trade Debt | | $172,181 |
| 28. | Buffet Euro Attn: Tim J. Ecker Executive Vice President 1036 Ashby Avenue Berkeley, Ca 94710 United States  Phone: 415-487-9700 Fax: 415-449-3616 Email: tecker@buffeteuro.com | Trade Debt | | $167,797 |

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 29. | Lubiana Zaklady Porcelany Stolowej<br>Attn: Krystyna Wawrzyniak<br>President Of The Board<br>Woj. Pomeranian<br>Lubiana K. Koscierzyna<br>Lubiana,  83-407<br>Poland<br><br>Phone: 48 58 686 3784<br>Fax: 48 58 686 3785<br>Email: lubiana@lubiana.pl | Trade Debt | | $159,355 |
| 30. | Pension Benefit Guaranty Corporation<br>Attn:  Alice Maroni<br>Director<br>1200 K Street, NW<br>Washington, DC  20005-4026<br>United States<br><br>Phone:  800-400-7242<br>Fax:  202-326-4047<br>Email:  webmaster@pbgc.gov | Pension Plan; Note | Contingent, Unliquidated | Undetermined |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Erika Schoenberger, Authorized Signatory, declare under penalty of perjury that I have reviewed the consolidated list of creditors holding the 30 largest unsecured claims and that it is true and correct to the best of my knowledge, information, and belief.

Dated: April 7, 2015

_____
Erika Schoenberger
Authorized Signatory