**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EVERYWARE GLOBAL, INC., *et al.*,[1] | ) ) ) | Case No. 15-10743 (LSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: Docket Nos. 19, 29, and 33** |

**CERTIFICATION OF COUNSEL REGARDING INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, AND 507 AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I) AUTHORIZING DEBTORS AND DEBTORS IN POSSESSION TO OBTAIN POSTPETITION FINANCING, (II) AUTHORIZING USE OF CASH COLLATERAL, (III) GRANTING LIENS AND SUPER-PRIORITY CLAIMS, (IV) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDERS, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF**

The undersigned hereby certifies that:

1.   On April 8, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of EveryWare Global, Inc., et al., for Entry of Interim and Final Orders (A) Authorizing Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Granting Adequate Protection, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief* (the "Motion") [Docket No. 19] and the *Declaration of Richard Morgner in Support of the Motion of EveryWare Global, Inc., et al., for Entry of Interim and Final Orders (A) Authorizing Postpetition Financing, (B) Granting Liens*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Anchor Hocking, LLC (6923); Buffalo China, Inc. (9731); Delco International, Ltd. (7553); EveryWare, LLC (2699); EveryWare Global, Inc. (4553); Kenwood Silver Company, Inc. (2286); Oneida Food Service, Inc. (7321); Oneida International Inc. (4774); Oneida Ltd. (5700); Oneida Silversmiths Inc. (6454); Sakura, Inc. (9359); THC Systems, Inc. (9103); Universal Tabletop, Inc. (4265). The location of the Debtors' service address is: 519 North Pierce Avenue, Lancaster, Ohio 43130.

*and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Granting Adequate Protection, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief* [Docket No. 33].

2.  A hearing on the Motion was held on April 9, 2015 (the "Hearing") in which the Court, the Office of the United States Trustee ("UST"), and certain interested parties provided comments to the proposed *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors and Debtors in Possession to Obtain Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to Prepetition Secured Lenders, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* (the "Proposed Interim Order").

3.  Attached here to as **Exhibit A** is a revised Proposed Interim Order consistent with the comments that the Court and interested parties provided at the Hearing. The Proposed Interim Order is acceptable to the interested parties. The UST has no objection to entry of the Proposed Interim Order.

4.  A blackline showing changes against the version filed with Motion is attached hereto as **Exhibit B**.

5.  Accordingly, the Debtors request entry of the Proposed Interim Order at the Court's earliest convenience.

*[Remainder of page left intentionally blank]*

| | |
|---|---|
| Wilmington, Delaware<br>Dated: April 10, 2015 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>Colin R. Robinson (DE Bar No. 5524)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:   ljones@pszjlaw.com<br>            crobinson@pszjlaw.com<br>            pkeane@pszjlaw.com<br><br>- and -<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:   patrick.nash@kirkland.com<br>            ross.kwasteniet@kirkland.com<br><br>*Proposed Attorneys for the*<br>*Debtors and Debtors in Possession* |