# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| EVERYWARE GLOBAL, INC., *et al.*, | Case No. 15-10743 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS BY MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS COUNSEL TO <u>PREPETITION TERM LENDER AD HOC COMMITTEE</u>

**PLEASE TAKE NOTICE** that Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP and Morris, Nichols, Arsht & Tunnell LLP hereby appear as counsel for the Prepetition Term Lender Ad Hoc Committee,[1] pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| MORRIS NICHOLS ARSHT & TUNNELL LLP | MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP |
|---|---|
| Robert J. Dehney | Mark Shinderman |
| Matthew B. Harvey | Haig Maghakian |
| 1201 North Market Street, Suite 1600 | 601 South Figueroa Street, 30th Floor |
| Wilmington, DE 19801 | Los Angeles, CA 90017 |
| Telephone: (302) 658-9200 | Telephone: (213) 892-4000 |
| Facsimile: (302) 658-3989 | Facsimile: (213) 629-5063 |
| Email: rdehney@mnat.com | Email: mshinderman@milbank.com |
|      mharvey@mnat.com |      hmaghakian@milbank.com |

---

[1] As defined in the *Interim Order Pursuant to 11 U.S.C. Section 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authoring Debtors and Debtors in Possession to Obtain Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to Prepetition Secured Lenders, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* (D.I. 68; filed 4/10/15).

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors (the "Debtors") in the above-captioned cases and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Prepetition Term Lender Ad Hoc Committee: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or

discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Prepetition Term Lender Ad Hoc Committee are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, the Prepetition Term Lender Ad Hoc Committee's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Prepetition Term Lender Ad Hoc Committee, cannot enter final orders or judgments in such any case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

Dated: April 17, 2015
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Matthew B. Harvey*
Robert J. Dehney (No. 3578)
Matthew B. Harvey (No. 5186)
1201 North Market Street, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

– and –

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Mark Shinderman
Haig Maghakian
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

*Counsel for the Prepetition Term Lender Ad Hoc Committee*

9073801.1